**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DIEGO FRANCISCO-DIEGO,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-06599-RBM-AHG

**ORDER:**

**(1) TO FILE PETITION AND EXHIBITS; AND**
**(2) SETTING BRIEFING SCHEDULE**

On November 20, 2026, Petitioner Diego Francisco-Diego ("Petitioner") filed a Motion for Expedited Consideration of Petition for Writ of Habeas Corpus ("Motion") pursuant to 28 U.S.C. § 2241. (Doc. 1.) Petitioner states that, while in ICE custody, ICE officers presented him with voluntary departure documents written in Spanish, without an interpreter of his native language, and he signed them without understanding them. (*Id.* at 3.) He notified ICE in writing that he withdrew his signature, but ICE has not confirmed whether it will carry out the voluntary departure. (*Id.* at 5.) Petitioner remains detained and seeks an expedited briefing schedule and for the Court to order Respondents not to remove Petitioner from the United States or transfer him outside the district while the Petition is pending. (*Id.* at 5–6.)

Petitioner also states that his Petition for Writ of Habeas Corpus ("Petition") is filed

concurrently with the present Motion. (*Id.* at 3.) He refers to Exhibits A and B at various points throughout the Motion. (*See id.* at 3–5.) However, neither the Petition nor the Exhibits were filed. As such, the Court will not rule on the Motion until Petitioner files the documents referenced in the Motion.

Accordingly, Petitioner must file the Petition and associated exhibits on or before **November 27, 2026, at 4:30 p.m.**, which will commence the briefing schedule and procedures set forth in Chief Judge Order No. 144. The Government will then have one week from the date Petitioner files his Petition to file a Response. Petitioner may then file a Reply within one week of the submission of the Response. The matter will be deemed under submission at that time, and the Parties shall await further order from the Court.

**IT IS SO ORDERED**.

DATE: November 24, 2026

Ruth Bermudez Montenegro

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE